**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **SECURED STRUCTURES, LLC,** | |
| Plaintiff, | Case No. 6:14-cv-930 |
| v. | |
| **ALARM SECURITY GROUP, LLC,** *et al.,* | **CONSOLIDATED CASE** |
| Defendant. | **LEAD CASE** |
| **SECURED STRUCTURES, LLC,** | |
| Plaintiff, | Case No. 6:14-cv-936 |
| v. | |
| **G4S TECHNOLOGY LLC,** | **PATENT CASE** |
| Defendant. | **JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**
**BETWEEN PLAINTIFF SECURED STRUCTURES, LLC AND**
**DEFENDANT G4S TECHNOLOGY LLC**

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims between Plaintiff Secured Structures, LLC and Defendant G4S Technology LLC. Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Plaintiff Secured Structures, LLC against Defendant G4S Technology LLC are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

So ORDERED and SIGNED this 7th day of July, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE